# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Donald D. Thibeau, an individual, and Joseph H. Bockelman, an individual, Plaintiffs
v.
TransUnion, LLC, a limited liability company,

Case Number:
FILED: JUNE 23, 2008
08CV3588
JUDGE DOW
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald D. Thibeau and Joseph H. Bockelman, Plaintiffs

| | |
|---|---|
| NAME (Type or print) <br> Craig T. Boggs | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Craig T. Boggs | |
| FIRM <br> Perkins Coie, LLP | |
| STREET ADDRESS <br> 131 S. Dearborn St., Suite 1700 | |
| CITY/STATE/ZIP <br> Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6198435 | TELEPHONE NUMBER <br> 312-324-8628 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |