U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Donald D. Thibeau, an individual, and Joseph H. Bockelman, an individual, Plaintiffs<br>v.<br>TransUnion, LLC, a limited liability company, | FILED: JUNE 23, 2008<br>08CV3588<br>JUDGE DOW<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Donald D. Thibeau and Joseph H. Bockelman, Plaintiffs

| NAME (Type or print) |
|---|
| Laurence J. Oleksa |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Laurence J. Oleksa |

| FIRM |
|---|
| Perkins Coie, LLP |

| STREET ADDRESS |
|---|
| 131 S. Dearborn St., Suite 1700 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6275635 | 312-324-8630 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |